


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*United States Bankruptcy Judge*

**Signed January 10, 2012**

---

```
MORSE AND ASSOCIATES LLC
2711 N HASKELL AVE
STE 550
DALLAS TX 75204
```

```
              IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF TEXAS
                          DALLAS DIVISION


In Re:                                         Case No. 11-30832-HDH-13
      WILLIAM C MASSEY JR & LACY L MASSEY
             Debtor(s)
```

## ORDER ON DEBTOR'S OBJECTION TO CLAIM

```
At Dallas in said District:


     On this day came on for hearing the Debtor's Objection to Claim of Creditor
HSBC BANK NEVADA NA dated November 8, 2011 ("Objection"), and any responses
filed thereto.

After considering the pleadings, the evidence and stipulations, if any, and the
argument of counsel, the Court finds that the following order should be entered:
```

Pacer Clm # 0022 /TT Clm # 0052

Order on Debtor Objection to Claim Page 2 of 2
11-30832-HDH-13
WILLIAM C MASSEY JR & LACY L MASSEY

**IT IS FURTHER ORDERED** that the claim of HSBC BANK NEVADA NA is hereby **ALLOWED** or **DISALLOWED** as shown therein in the Debtor Objection to Claim at Column 4 except as follows:

| Creditor Name | Claim Amount | Allow/ Disallow | Amount | Class | Allow Disallow | Amount | Class |
|---|---|---|---|---|---|---|---|

No changes

### End of Order ###

Approved by:    /s/ Thomas D. Powers
_____
Thomas D. Powers/Trustee/ State Bar #16218700